PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Anthony Desmond Florian**

**Docket No. 0:02CR00061-001(JRT)**

**Amended Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Anthony Desmond Florian** who was sentenced for Possession with Intent to Distribute Methamphetamine on September 2, 2003, by the Honorable John R. Tunheim, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare, psychiatric/psychological counseling, and restitution (paid in full)
- 30 hours community service work (modified on June 24, 2004)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION #7: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On August 1, 2005, the defendant tested positive for the use of methamphetamine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following. That the defendant serve 100 additional hours of community service work.

ORDER OF THE COURT

Considered and ordered this 13th day of September, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge
c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
U.S. Probation Officer

Executed on September 8, 2005
Place Minneapolis

SCANNED
SEP 13 2005
U.S. DISTRICT COURT MPLS