Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Anthony Desmond Florian

Docket No. 02:CR00061-001 (JRT)

**HEARING WAIVER**

I, Anthony Desmond Florian, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 100 additional hours of community service, as approved by the probation officer.

Signed: ______________________
Anthony Desmond Florian
Supervised Releasee

Witness: ______________________

Dated: 9/7/05

SCANNED
SEP 13 2005
U.S. DISTRICT COURT MPLS