PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JAN 13 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court
**for the**
**DISTRICT OF MINNESOTA**
**United States v. Anthony Desmond Florian**
**Docket No. 0:02CR00061-001(JRT)**
**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Anthony Desmond Florian** who was sentenced for Possession with Intent to Distribute Methamphetamine on September 2, 2003, by the Honorable John R. Tunheim, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare, psychiatric/psychological counseling, and restitution (paid in full)
- 30 hours community service work (modified on June 24, 2004)
- 100 additional hours of community service work (modified on September 13, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On December 15, 2005, the defendant notified this officer that he left the PRIDE Transitional Living Program and used methamphetamine over the previous weekend.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 13th day of January, 2006, and ordered filed and made a part of the records in the above case.

John R. Tunheim

Honorable John R. Tunheim
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Karen L. Godin
U.S. Probation Officer

Executed on January 12, 2006
Place Minneapolis

SCANNED
JAN 17 2006
U.S. DISTRICT COURT MPLS

Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Anthony Desmond Florian

Docket No. 0:02CR00061 (JRT)

## HEARING WAIVER

I, Anthony Desmond Florian, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

Signed: ______________________
Anthony Desmond Florian
Supervised Releasee

Dated: 1/12/06

Witness: ______________________
Karen L. Godin
U.S. Probation Officer