**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 02-61 (JRT) |
| | ) | Date: 3/27/06 |
| ANTHONY DESMOND FLORIAN, | ) | Court Reporter: N/A |
| | ) | Tape Number: MOM 5/00-968 |
| Defendant. | ) | Time Commenced: 1:45 p.m. |
| | ) | Time Concluded: 2:15 p.m. |
| | ) | Time in Court: 30 Minutes |

APPEARANCES:

Plaintiff: Ericka McDonald, Assistant U.S. Attorney
Defendant: Andrea George

☐ FPD ☐ CJA ☐ Retained ☒ To Be Appointed

Interpreter / Language: NA

Date Charges Filed: Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☐ Government moves for detention:
Motion is ☐ granted, temporary detention ordered
☐ denied
☐ moot

☒ Defendant released on current supervisory conditions, with additional conditions added.

☐ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

Next appearance date is April 11, 2006 at 3:30 p.m. before Judge Tunheim

☐ Detention Hearing ☐ Preliminary Revocation Hearing ☒ Final Revocation Hearing

☐ Detention Hearing Waived ☐ Preliminary Hearing Waived

Additional Information:

s/KH
Judicial Assistant