A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
MAR 30 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Anthony Desmond Florian

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-61 (1) JRT**

0641-0327-0645-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Anthony Desmond Florian

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

March 27, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ____________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 3-27-06
ARRESTED BY Self - Surrender
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
MAR 30 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04