**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | **COURT MINUTES - CRIMINAL** |
| v. | ) | BEFORE: John R. Tunheim, U.S. District Judge |
| ANTHONY DESMOND FLORIAN, Defendant. | ) | Case No: 02-61 (JRT) |
| | ) | Date: April 11, 2006 |
| | ) | Court Reporter: Kristine Mousseau |
| | ) | Time Commenced: 3:52 p.m. |
| | ) | Time Concluded: 4:10 p.m. |
| | | Time in Court: 18 minutes |

## APPEARANCES:

Plaintiff: Joseph T. Dixon, III, Assistant U.S. Attorney
Defendant: Andrea K. George, Assistant Federal Public Defender

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant is sentenced to: Community Corrections facility for 120 days with 90 days electronic home monitoring to follow. Defendant's residence shall be in the District of Nebraska.
: Supervised Release continued for two years following community confinement.
: Written order to be issued.

s/Sarah E. Bagwell
Calendar Clerk