**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY DESMOND FLORIAN,

Defendant.

Criminal No. 02-61 (JRT)

**ORDER**

---

Joseph T. Dixon, III, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Andrea K. George, Federal Public Defender, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

On April 11, 2006 the defendant appeared before the Court on a final revocation hearing. At the hearing in this matter, the defendant admitted that he was in violation of two of the standard conditions of supervision, and the Court so found.

Based on the petition and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that defendant's conditions of supervision are modified to include the following special conditions:

> The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. The defendant shall be afforded work release privileges as well as release privileges to attend any treatment program as directed and approved by the probation officer.

Following release from the community corrections facility, the defendant shall participate in 90 days of home detention with electronic home monitoring. The defendant shall be afforded work release privileges as well as release privileges to attend any treatment program as directed and approved by the probation officer. The defendant is not ordered to pay the costs of the electronic monitoring.

The defendant shall participate in drug aftercare counseling and testing as directed by the probation officer.

All previously imposed conditions and amended conditions of supervision remain in effect and the term of Supervised Release will continue until its original termination date.

DATED: May 12, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge