PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
JUL 25 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Anthony Desmond Florian**

**Docket No. 0:02CR00061-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Karen L. Godin**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Anthony Desmond Florian** who was sentenced for Possession with Intent to Distribute Methamphetamine on September 2, 2003, by the Honorable John R. Tunheim, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare, psychiatric/psychological counseling, and restitution (paid in full)
- 30 hours community service work (modified on June 24, 2004)
- 100 additional hours of community service work (modified on September 13, 2005)
- 120 days CCC to be followed by 90 days EM (modified on April 11, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Due to significant health concerns regarding subject's seizure disorder, it has become difficult to complete his term of 120 days confinement at a Community Corrections Center.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall serve the remainder of his 120 days confinement at a Community Corrections Center under home confinement with electronic monitoring. This will be followed by 90 days further of electronic monitoring. The defendant shall be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 25th day of July, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Karen L. Godin
U.S. Probation Officer

Executed on July 24, 2006

Place Minneapolis

SCANNED
JUL 26 2006
U.S. DISTRICT COURT

cc: BOP